ACCEPTED
03-14-00644-CV
4248304
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/23/2015 2:08:27 PM
JEFFREY D. KYLE
CLERK

**No. 03-14-00644-CV**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

2/23/2015 2:08:27 PM

JEFFREY D. KYLE
Clerk

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

JOSE A. PEREZ

Appellant

Vs.

TEXAS MEDICAL BOARD and  MARI ROBINSON JD, in her Official Capacity

Appellees.

**APPELLANT'S MOTION TO REVISE AND/OR
MODIFY THE CLERK'S RECORD ON APPEAL**

Jose A. Perez, respectfully moves the Court to revise and/or modify the clerk's

record on appeal pursuant to Tex. R. App. P. 55.9[1]. As grounds therefore he shows:

1- The Clerk of Court filed a <u>184 pages</u> document entitled " Clerk's Record",

   **Vol 1 of 1** on November 14th, 2014;

2- The Clerk of Court also filed a <u>100 pages</u> document entitled " Clerk's

   Record" , **Vol 1 of 1** on February 13th, 2015;

---

[1] Woods v. Alvarez, No. 13-96-088-CV (Tex.App. Dist.13 05/23/1996)

Wherefore Mr. Perez respectfully requests that November 14th, 2014 set of documents be designated as Vol 1 of 2,  and the February 13th, 2015 document as Vol 2 of 2. In the alternative, whatever designation the Courts deems proper. He also prays that the time allowed to submit the Amended Brief " be tolled while the instant motion is pending resolution.

Respectfully Submitted,

_____Jose A. Perez__/S/_____

34 Candle Pine Place
The Woodlands, TX 77381
theaesculapius@gmail.com
281-673-0452

## CERTIFICATE OF CONFERENCE

An email was sent to Mr. Ross was  on February 22nd , 2015  regarding the merits of the instant motion . He failed or refused to respond.

_____Jose A Perez__/s/____

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing " Appellants' Motion To Revise and/or Modify the clerk's record on appeal" was served by emailing a copy thereof via the State efiling system on this 23rd day February 2015 to:

Ted A Ross, Esq
Assistant Attorney General
PO Box 12548
Austin, TX 78711-2548
ted.ross@texasattorneygeneral.gov
Margaret.Evins@texasattorneygeneral.gov


_____Jose A Perez__/s/____